UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NORTH SHORE RESORT COMPANY,

        Plaintiff,

vs.                                      Case No.
                                          Hon.

OWNERS INSURNACE COMPANY,

        Defendant.
_____/

## **COMPLAINT**

NOW COMES Plaintiff, NORTH SHORE RESORT COMPANY, by and through its attorneys, FABIAN, SKLAR, KING & LISS, P.C. and HANFT FRIDE LAW FIRM, and for its Complaint against Defendant, OWNERS INSURANCE COMPANY, states unto this Honorable Court as follows:

1. Plaintiff, NORTH SHORE RESORT COMPANY, is a domestic corporation, licensed to conduct business in the State of Minnesota, whose principal place of business is located in Lutsen, Minnesota and therefore is a citizen of the State of Minnesota.

2. Defendant, OWNERS INSURANCE COMPANY, is a foreign corporation, licensed to conduct business in the State of Minnesota, which is a corporation organized and existing under the laws of the State of Michigan, whose principal place of business is located in Lansing, Michigan and therefore is a citizen

of the State of Michigan.

3. The facts giving rise to this Complaint occurred in Lutsen, Minnesota.

4. The amount in controversy between the parties exceeds the sum of Seventy-Five Thousand ($75,000.00) Dollars exclusive of costs and interest.

5. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 due to the amount in controversy and the parties' diversity of citizenship.

6. An actual justiciable controversy exists between the parties, and pursuant to Fed. R. Civ. P. 57 and 28 U.S.C. §§2201 and 2202, this Court is invested with the power to declare the rights and liabilities of the parties and to grant such relief as it deems necessary and proper.

7. At all relevant times, Plaintiff was the named insured or otherwise entitled to insurance benefits pursuant to commercial insurance policy no. 184606-08789947-23 ("the Policy"), effective August 1, 2023 to August 1, 2024, issued by Defendant, a copy of which is in Defendant's possession, which insured Plaintiff's Covered Property at 5700 Hwy 61 in Lutsen, Minnesota ("the Insured Premises") against direct physical loss or damage resulting from any Covered Cause of Loss, including but not limited to fire.

8. The Policy is a standard fire insurance contract within the meaning of and subject to Minn. Stat. Ann. § 65A.01.

9. On or about February 6, 2024, while the Policy was in effect, Plaintiff's Covered Property, specifically the Lodge/Restaurant identified as Location 0001 – Building 0001 in the Policy and the personal property contained within suffered a total loss caused by fire.

10. Upon discovery, Plaintiff timely made a claim to Defendant for coverage under the Policy's Building, Personal Property, and Business Income (And Extra Expense) coverage forms, submitted satisfactory proof of loss, and complied with all other requirements of the Policy and conditions precedent to coverage.

11. On January 23, 2026, Defendant formally denied liability for Plaintiff's claim, thereby breaching the parties' insurance contract.

12. As a direct and proximate result of Defendant's breach of the parties' insurance contract, Defendant remains indebted to Plaintiff for its insured losses, and for its incidental and consequential damages, if any, that were in the contemplation of the parties at the time the insurance contract was made, or which are the natural and usual consequence of a breach of a policy of property insurance.

13. Pursuant to Minn. Stat. Ann. § 65A.08, Defendant is required to pay the whole amount mentioned in the policy or renewal upon which it received a premium.

14. To the extent Minn. Stat. Ann. § 65A.08 is inapplicable to Plaintiff's claim or any portion thereof, Plaintiff demands appraisal pursuant to Minn. Stat.

Ann. § 65A.01 and the terms of the Policy to conclusively establish the amount of its loss, if the parties are unable to agree.

  15. Pursuant to Minn. Stat. Ann. § 60A.0811, Plaintiff is entitled to 10% per annum interest on all amounts owing under the Policy that Defendant failed to pay.

  WHEREFORE Plaintiff, NORTH SHORE RESORT COMPANY, respectfully requests this Honorable Court to enter a judgment in its favor and against Defendant, OWNERS INSURANCE COMPANY, which includes the following:

  A. declaring liability under the Policy in favor of Plaintiff and against Defendant for the loss and damage caused by or resulting from the February 6, 2024 fire loss;

  B. ordering Defendant to pay the whole amount mentioned in the policy or renewal pursuant to Minn. Stat. Ann. § 65A.08;

  C. ordering that Plaintiff's claim be submitted to appraisal, if the parties are unable to agree on the amount of loss, but only to the extent Defendant is not required by Minn. Stat. Ann. § 65A.08 to pay the whole amount mentioned in the policy or renewal;

  D. granting a money judgment in favor of Plaintiff and against Defendant for all amounts owing under the policy;

E. awarding all incidental and consequential damages, if any, incurred by Plaintiff that were in the contemplation of the parties at the time the insurance contract was made, or which are the natural and foreseeable consequence of a breach of a property insurance contract;

F. awarding of 10% interest pursuant to Minn. Stat. Ann. § 60A.0811 in Plaintiff's favor for the amount Defendant failed to pay;

G. awarding all other statutory interest, taxable costs, and attorney fees to which Plaintiff may be entitled, if any; and

H. awarding all such other relief as the Court deems just in equity and good conscience.

Respectfully submitted,

*/s/ Jason J. Liss*
Jason J. Liss, Pro Hac Vice Pending
Fabian, Sklar, King & Liss, P.C.
Attorneys for Plaintiff
31440 Northwestern Hwy., Ste. 100
Farmington Hills, Michigan 48334
(248) 553-2000
jliss@fabiansklar.com

*/s/ Scott A. Witty*
Scott A. Witty, No. 387120
Hanft Fride Law Firm
Attorneys for Plaintiff
130 W Superior St., Ste. 1000
Duluth, Minnesota 55802-2094
(218) 722-4766
saw@hanftlaw.com

Dated: January 23, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NORTH SHORE RESORT COMPANY,

        Plaintiff,

vs.                                                                          Case No.
                                                                             Hon.
OWNERS INSURNACE COMPANY,

        Defendant.
_____/

## JURY DEMAND

NOW COMES Plaintiff, NORTH SHORE RESORT COMPANY, by and through its attorneys, FABIAN, SKLAR, KING & LISS, P.C. and HANFT FRIDE LAW FIRM, and hereby demands a jury trial in the above-captioned cause of action.

        Respectfully submitted,

*/s/ Jason J. Liss*                                              */s/ Scott A. Witty*

Jason J. Liss, Pro Hac Vice Pending        Scott A. Witty, No. 387120
Fabian, Sklar, King & Liss, P.C.                 Hanft Fride Law Firm
Attorneys for Plaintiff                                  Attorneys for Plaintiff
31440 Northwestern Hwy., Ste. 100         130 W. Superior St., Ste. 1000
Farmington Hills, Michigan 48334             Duluth, Minnesota 55802-2094
(248) 553-2000                                            (218) 722-4766
jliss@fabiansklar.com                                saw@hanftlaw.com

Dated: January 23, 2026