## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

North Shore Resort Company,

                               Court File No. 26-cv-00596-ECT-LIB

               Plaintiff,

vs.                     **STIPULATION TO STAY LITIGATION AND EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT**

Owners Insurance Company,

               Defendant.

---

**WHEREAS**, Bryce Campbell is the owner of Plaintiff North Shore Resort Company which owns and operates the Lutsen Resort.

**WHEREAS**, the Lutsen Resort was insured under a policy (the "Policy") with Defendant Owners Insurance Company ("Owners").

**WHEREAS**, a fire occurred on February 6, 2024 that destroyed the Lutsen Resort building (the "Fire").

**WHEREAS**, Plaintiff submitted a claim to Owners for coverage under the Policy for the Fire (the "Claim").

**WHEREAS**, Bryce Campbell has been charged with various criminal offenses, including arson and insurance fraud, related to the Fire in an action titled *State of Minnesota v. Bryce James Campbell*, Cook County District Court File No. 16-CR-25-216 (the "Criminal Case").

1

**WHEREAS**, Owners denied coverage for the Claim based on a number of provisions in the Policy, including but not limited to, criminal acts, concealment, misrepresentation and fraud.

**WHEREAS**, Plaintiff subsequently commenced the above-captioned suit against Owners seeking insurance coverage for the Fire under the Policy (the "Civil Case").

**WHEREAS**, the claims in the Civil Case and the charges in the Criminal Case involve overlapping and in many instances identical issues, facts, documents and witnesses.

**WHEREAS**, evidence produced in the Criminal Case will likely reduce the scope of discovery in the Civil Case.

**WHEREAS**, resolution of the Criminal Case will likely simplify the issues or resolve Plaintiff's claims in the Civil Case.

**WHEREAS**, the two cases are so interrelated that Bryce Campbell cannot protect himself in the Civil Case by selectively invoking his Fifth Amendment privilege, or that the two trials will so overlap that effective defense of the allegations made against Bryce Campbell is impossible.

**WHEREAS,** there is no prejudice to either party by a stay of the Civil Case;

**WHEREAS,** a stay will promote the efficient use of judicial resources and will convenience the court in the management of its cases;

**WHEREAS,** the interests of persons not parties to the Civil Case will not be prejudiced;

2

**WHEREAS,** while there is a public interest in both the Criminal Case and the Civil Case, the disposition of the Criminal Case should take precedence over the Civil Case.;

**WHEREAS**, Plaintiff and Owners (collectively the "Parties"), by and through their counsel of record, and based on the circumstances described above, desire to enter into a Stipulation to Stay certain proceedings, discovery and matters related to the claims and allegations in the Civil Case.

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1.    That the period of time for Owners to answer or otherwise respond to the Complaint in the Civil Case shall be extended to 45 days after expiration of the stay. Fed. R. Civ. P. 6(b)(1).

2.    That all further proceedings (except as described below), and all discovery, deadlines and dates in this matter shall be stayed until certain events happen in the Criminal Case as follows: a) dismissal of charges against Bryce Campbell; b) Bryce Campbell is found not guilty; or c) Bryce Campbell is sentenced following a guilty plea or a guilty verdict.

3.    That the Parties shall not engage in written discovery, document production, depositions, or motion practice related to discovery.

4.    That the Parties shall not engage in dispositive motion practice.

5.    That Owners shall be allowed to seek release of State of Minnesota criminal investigative data related to the Fire, including data obtained by the State Fire Marshal, Bureau of Criminal Apprehension, and Minnesota Commerce Fraud Bureau.

3

6.    That the Parties shall not engage in appraisal, examinations under oath or other processes and procedures provided for in the Policy.

7.    That the Parties shall be allowed to file a Stipulation for Protective Order in this Case.

8.    That the Parties shall provide confidential letters to the Court every ninety days following filing of the Order For Stay to describe the status of the Criminal Case.

9.    That the Parties may mutually agree in writing to the Court that the Parties want this stay lifted and for litigation in the Civil Case to proceed.  Otherwise, upon a showing of good cause, either party may seek modification of the Stay Order, in whole or in part.

**IT IS SO STIPULATED:**

LISS + EARLS PC

Date: February 25, 2026                    By:/s/ Jason J. Liss
                                           Jason J. Liss (Pro hac vice)
                                           Attorneys for Plaintiff
                                           31440 Northwestern Hwy., Suite 100
                                           Farmington Hills, MI 48334
                                           (248) 553-2000
                                           jliss@lissearlsfirm.com

                                           and

                                           Scott A. Witty (0387120)
                                           Attorneys for Plaintiff
                                           130 W. Superior St., Suite 1000
                                           Duluth, MN 55802
                                           (218) 722-4766
                                           saw@hanftlaw.com

GOETZ & ECKLAND P.A.

Date: February 25, 2026

By ____/s/ Michael S. Rowley_____
Michael S. Rowley (250934)
Attorneys for Defendant Owners Insurance Company
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, Minnesota 55413
(612) 874-1552
mrowley@goetzeckland.com

and

By____/s/ Samuel J. Logterman_____
Samuel J. Logterman (402734)
Spencer Fane LLP
Attorneys for Defendant Owners Insurance Company
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 268-7000
slogterman@spencerfane.com