## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

North Shore Resort Company,

                                      Court File No. 26-cv-00596-ECT-LIB

                Plaintiff,

vs.                                  **[PROPOSED] ORDER TO STAY LITIGATION AND EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT**

Owners Insurance Company,

                Defendant.

---

This matter comes before the Court on the parties' Stipulation to Stay Litigation and Extend Time to Answer or Respond to Complaint (Dkt. No. 8). Based on the Stipulation, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation to Stay Litigation and Extend Time to Answer or Respond to Complaint [Docket No. 8] is **APPROVED**; and

2. That this matter is stayed until the criminal case pending in the Sixth Judicial District of Minnesota, captioned *State of Minnesota v. Bryce James Campbell*, Cook County District Court File No. 16-CR-25-216, is resolved via dismissal, not guilty verdict, or sentencing following a guilty plea or guilty verdict, or until further order of the Court.

3. Defendant Owners Insurance Company shall answer or otherwise respond to Plaintiff's Complaint no later than 45 days following termination of this stay.

4. That the parties shall not engage in written discovery, document production, depositions, motion practice related to discovery, or dispositive motion practice.

5. That Owners Insurance Company shall be allowed to seek release of State of Minnesota criminal investigative data related to the fire at Lutsen Resort, including data obtained by the State Fire Marshal, Bureau of Criminal Apprehension, and Minnesota Commerce Fraud Bureau.

6. That the parties shall not engage in appraisal, examinations under oath or other processes and procedures provided for in North Shore Resort Company's insurance policy with Owners Insurance Company.

7. That the parties shall file a Stipulation for Protective Order in this case.

8. That the parties shall provide confidential letters to the Court every ninety days following filing of this Order to inform the Court of the status of the state criminal proceeding, including relevant developments occurring since the previous letter and any upcoming deadlines.

9. That the parties may mutually agree in writing to the Court that the parties want this stay lifted and for litigation to proceed. Otherwise, upon a showing of good cause, either party may seek modification of this Order, in whole or in part.

10. All prior consistent orders shall remain in full force and effect.

11. Failure to comply with any provision of this Order or any other prior consistent order shall subject the non-complying party, non-complying counsel, and/or the party such counsel represents to any and all appropriate remedies, sanctions, or other relief that this Court may from time to time deem appropriate.

Dated:                          _____
LEO I. BRISBOIS
United States Magistrate Judge

*North Shore Resort Company v. Owners Insurance Company*
Case No. 26-cv-00596-ECT-LIB