UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| North Shore Resort Company, | Court File No. 26-cv-596 (ECT/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Owners Insurance Company, | |
| Defendant. | |

On February 27, 2026, the parties filed a Stipulation to Stay Litigation and Extend Time to Answer or Respond to Complaint [Docket. No. 8]. The parties request that this matter be stayed until the criminal case pending in the Sixth Judicial District of Minnesota, captioned *State of Minnesota v. Bryce James Campbell*, Cook County District Court File No. 16-CR-25-216, is resolved. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Stipulation to Stay Litigation and Extend Time to Answer or Respond to Complaint [Docket No. 8] is **APPROVED**;

2. This matter is **STAYED** until further Order of the Court; and

3. Owners Insurance Company is allowed to seek release of State of Minnesota criminal investigative data related to the fire at Lutsen Resort, including data obtained by the State Fire Marshal, Bureau of Criminal Apprehension, and Minnesota Commerce Fraud Bureau; and

4. The parties shall file a joint status report on CM/ECF every ninety (90) days of the

date of this Order advising the Court of the status *State of Minnesota v. Bryce James Campbell*, Cook County District Court File No. 16-CR-25-216, and if this case should remain stayed or the stay be lifted.

DATED:  March 2, 2026                          <u>s/Leo I. Brisbois</u>
                                                        Hon. Leo I. Brisbois
                                                        U.S. MAGISTRATE JUDGE