

# GOETZ & ECKLAND
### CIVIL LITIGATION AND CRIMINAL DEFENSE

**Via Email**

May 29, 2026

Magistrate Judge Leo I. Brisbois
United States District Court
515 West First Street
Duluth, MN 55802
brisbois_chambers@mnd.uscourts.gov

      Re:    North Shore Resort Company v. Owners Insurance Company
               Court File No.: 26-CV-596 (ECT/LIB)
               G&E File No.: 505-R357

Dear Magistrate Judge Brisbois:

Pursuant to the Court's Order to Stay, I am writing on behalf of all counsel with a joint report advising the Court of the status of *State of Minnesota v. Bryce Campbell*, Cook County District Court File No. 16-CR-25-216 (the "criminal case").

The criminal case is ongoing. The omnibus hearing is scheduled for June 15, 2026. No trial date has been set.

Based on the ongoing status of the criminal case, counsel request that this case remain stayed. Counsel will continue to provide a joint status report every 90 days.

Very truly yours,

GOETZ & ECKLAND P.A.

By_____
           Michael S. Rowley