GOETZ & ECKLAND
CIVIL LITIGATION AND CRIMINAL DEFENSE

**Via Email**

August 28, 2026

Magistrate Judge Leo I. Brisbois
United States District Court
515 West First Street
Duluth, MN 55802
brisbois_chambers@mnd.uscourts.gov

Re: North Shore Resort Company v. Owners Insurance Company
Court File No.: 26-CV-596 (ECT/LIB)
G&E File No.: 505-R357

Dear Magistrate Judge Brisbois:

Pursuant to the Court's Order to Stay, I am writing on behalf of all counsel with a joint report advising the Court of the status of *State of Minnesota v. Bryce Campbell*, Cook County District Court File No. 16-CR-25-216 (the "criminal case").

The criminal case is ongoing. The defense has filed a motion to dismiss for lack of probable cause. No trial date has been set.

Based on the ongoing status of the criminal case, counsel request that this case remain stayed. Counsel will continue to provide a joint status report every 90 days.

Very truly yours,

GOETZ & ECKLAND P.A.

By_______________________
Michael S. Rowley