GOETZ & ECKLAND
CIVIL LITIGATION AND CRIMINAL DEFENSE

**Via ECF**

November 23, 2026

Magistrate Judge Leo I. Brisbois
United States District Court
515 West First Street
Duluth, MN 55802
brisbois_chambers@mnd.uscourts.gov

Re: North Shore Resort Company v. Owners Insurance Company
Court File No.: 26-CV-596 (ECT/LIB)
G&E File No.: 505-R357

Dear Magistrate Judge Brisbois:

Pursuant to the Court's Order to Stay, I am writing on behalf of all counsel with a joint report advising the Court of the status of *State of Minnesota v. Bryce Campbell*, Cook County District Court File No. 16-CR-25-216 (the "criminal case").

The criminal case is ongoing. The court recently denied Defendant's motion to dismiss for lack of probable cause. No trial date has been set, but a scheduling conference is scheduled for November 30, 2026.

Based on the ongoing status of the criminal case, counsel request that this case remain stayed. Counsel will continue to provide a joint status report every 90 days.

Very truly yours,

GOETZ & ECKLAND P.A.

By _______________________
Michael S. Rowley